# EXHIBIT A

## CONTINGENT FEE AGREEMENT
### GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

I (We), wish to retain **Geoffrey B. Gompers & Associates, P.C.** to represent me (us) in a lawsuit against the person(s) liable for my (our) injuries which are the result of an auto accident which occurred on _____.

### FEE

I, We, agree that out of whatever sum is secured by my/our attorney or by me/us from the above defendant(s), either by way of settlement or verdict, my attorney shall retain 40% thereof. Thereafter, the expenses of suit, pre-trial discovery, and witnesses together with all other costs of litigation, if any, shall be then reimbursed to the said attorney.

All medical bills incurred as a result of the accident, whether expended by counsel on behalf of me/us or not, shall be chargeable to my/our share, exclusively.

### EXPENSES

**Geoffrey B. Gompers & Associates, P.C.** will advance the costs of my case including litigation such as investigator's fees, exhibits, etc. However, it is understood that I am (we are) ultimately responsible for these costs. In the event the case is brought to a successful conclusion, I (we) agree that these costs are to be deducted from my (our) share of the net award.

If in the opinion of **Geoffrey B. Gompers & Associates, P.C.** the case is found to lack merit or recovery is unfeasible, **Geoffrey B. Gompers & Associates, P.C.** can decline to advance further costs and will inform me.

If no recovery is made, I (we) are not obligated to repay advanced costs to **Geoffrey B. Gompers & Associates, P.C.** unless there is a later agreement to that effect.

### TERMINATION OF SERVICE

This contract may be cancelled at any time by me (us). If I cancel this contract, I (we) agree that **Geoffrey B. Gompers & Associates, P.C.** should be paid for their work on the case. **Geoffrey B. Gompers & Associates, P.C.** is to be paid at the reasonable rate $200.00 per hour plus advanced costs. This amount shall be paid by any successor attorney I (we) hire from his or her fee. I (we) also agree that **Geoffrey B. Gompers & Associates, P.C.** may retain our file until such time as the successor attorney(s) agree to this arrangement for payment. If **Geoffrey B. Gompers & Associates, P.C.** cancels this agreement, there will be no money or fees due them unless other arrangements have been agreed to by me (us) in writing.

## COMMUNICATION

**Geoffrey B. Gompers & Associates, P.C.** agrees to keep me (us) informed of the progress of my (our) case and will update me whenever I (we) request them to. I (we) agree to make **Geoffrey B. Gompers & Associates, P.C.** aware of our medical treatment; changes of address or telephone numbers; and other events relative to my (our) case.

## SETTLEMENT OFFERS

I (we) are the sole judge of any settlement offers made on my (our) case. **Geoffrey B. Gompers & Associates, P.C.** agrees to communicate all offers to me (us) and to give me (us) all the available information to aid me (us) in making a decision. However, the final decision rests with me (us) and **Geoffrey B. Gompers & Associates, P.C.** are not to be held responsible for my (our) decision.

## APPEAL

In the event that an appeal is necessary, **Geoffrey B. Gompers & Associates, P.C.**, is obligated to only file notice of appeal following an adverse opinion. **Geoffrey B. Gompers & Associates, P.C.**, retains the right to not pursue an appeal any further for me (us) if in their opinion such an appeal would be frivolous and/or without merit. **Geoffrey B. Gompers & Associates, P.C.**, also retains the right to require additional fees for some appeals.

My (our) signature(s) below and the signatures for **Geoffrey B. Gompers & Associates, P.C.** shows that I (we) and **Geoffrey B. Gompers & Associates, P.C.** agree on the terms expressed in this document.

Date:

GEOFFREY B. GOMPERS & ASSOCIATES, P.C.

Date: