IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX ROMERO, JR., et al. | : | CIVIL ACTION |
| *A MINOR, BY AND THROUGH HIS* | : | |
| *GUARDIANS, ALEX ROMERO, SR.* | : | |
| *AND MILAGROS DELVALLE* | : | |
| Plaintiffs,, | : | |
| | : | |
| v. | : | |
| | : | |
| SEAWORLD PARK & | : | 12-CV-435 |
| ENTERTAINMENT, LLC, et al. | : | |
| Defendants. | : | |

O R D E R

**AND NOW, TO WIT:** This **13th** day of **September, 2013**, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

          **MICHAEL E. KUNZ**
          Clerk of Court

BY:   /s/ Chavela M. Settles_____
       Chavela M. Settles
       Deputy Clerk to
       Honorable Timothy R. Rice
       U.S. Magistrate Judge